UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| TIFFANY FINKTON, | ) | CASE NO. 1:21-cv-00047 |
| | ) | |
| Plaintiff, | ) | JUDGE MATTHEW W. MCFARLAND |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | |
| CELLCO PARTNERSHIP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of all claims in this action, with prejudice. Each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Caroline M. DiMauro* | */s/ Matthew G. Bruce* |
| Caroline M. DiMauro (0071045) | Matthew G. Bruce (0083769) |
| Morgan A. Davenport (0099177) | Trial Attorney |
| JACKSON LEWIS P.C. | Evan R. McFarland (0096953) |
| PNC Center, 26th Floor | THE SPITZ LAW FIRM, LLC |
| 201 E. 5th Street | Spectrum Office Tower |
| Cincinnati, Ohio 45202 | 11260 Chester Road, Suite 825 |
| (513) 898-0050 - telephone | Cincinnati, OH 45246 |
| (513) 898-0051 – facsimile | Phone: 216-291-4744 |
| Email: caroline.dimauro@jacksonlewis.com | Fax: 216-291-5744 |
| morgan.davenport@jacksonlewis.com | Email: matthew.bruce@spitzlawfirm.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

1